**Order entered November 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01152-CR
### No. 05-21-01153-CR

### ADRIAN GILLIAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-76363-R & F19-53171-R**

### ORDER

Before the Court is the State's November 17, 2022 second motion for extension of time to file the State's tendered brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE